ALLEN et al. v. ASHELL.
(Opinion filed May 14, 1910.)

Appeal from Circuit Court, Brown County. Hon. J. H. McCoy, *Judge*.

Action by Hiram A. Allen and another against Bernard Ashell. From a judgment for plaintiffs, and an order denying a new trial, defendant appeals. Affirmed.

·*Bruell* & *Morris,* for appellant. *Taubman* & *Williamson,* for respondent.

WHITING, P. J. This cause is before us upon appeal from a decree of the circuit court in favor of the plaintiff, and also from the order of said court denying a new trial. This cause was tried in the circuit court before Judge McCOY, then judge of the circuit court in and for the Fifth judicial circuit of this state, but now one of the judges of this court. Judge McCOY being disqualified

to hear this cause upon appeal, and the said appeal having been duly considered by the four remaining members of this bench, and they being equally divided in their views as to the merits of the appeal herein, it is ordered that the judgment of the lower court and the order denying a new trial herein be, and the same are, in all things affirmed.